IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

| | | | |
|---|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | Case No. | 23-mr-2070 |
| THE PERSONS AND PROPERTY | ) | | 23-mr-2231 |
| IDENTIFIED IN THE SEPARATE | ) | | 23-mr-2232 |
| APPLICATIONS | ) | | 24-mr-120 |
| | ) | | 24-mr-157 |
| | ) | | 24-mr-158 |
| | ) | | 24-mr-159 |
| | ) | | 24-mr-160 |
| | ) | | 24-mr-161 |

## <u>UNOPPOSED MOTION TO UNSEAL CASES</u>

The United States hereby moves the Court for an order unsealing the above-referenced cases and all documents, including the search warrants, as well as the applications and the affidavits thereto, filed in the above-captioned matters. As grounds in support, the United States provides that the warrants were previously executed, and at this time there is no reason to maintain the search warrants under seal. Counsel for the defendants who were the subject of the warrants (Honorio Alba, Thomas Clear, Harvey Johnson, Ricardo Mendez, Joshua Montano, and Nelson Ortiz) do not oppose this requested relief.

WHEREFORE, the United States respectfully moves the Court for an order unsealing the cases and all documents, including the search warrants, the applications, and affidavits in support of the warrants for the searches of the above-captioned matters.

Respectfully submitted,

TODD BLANCHE
Acting U.S. Attorney General

RYAN ELLISON
First Assistant United States Attorney

SHANA B. LONG
KATHERINE L. LEWIS
Assistant U.S. Attorneys
201 3rd Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274; Fax (505) 346-7205

I HEREBY CERTIFY that I served a copy
of this motion by electronic mail on June 9,
2026, to the following counsel of record:

Nicole Moss, Counsel for Honorio Alba
Thomas Clark, Counsel for Thomas J. Clear III
Joel Meyers, Counsel for Harvey Johnson
Wayne Baker, Counsel for Ricardo Mendez
Robert Cooper, Counsel for Joshua Montano
Jason Bowles, Counsel for Nelson Ortiz

SHANA B. LONG
Assistant United States Attorney